B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

# Eastern District of Tennessee at Chattanooga

| | |
|---|---|
| In re Timothy Daniel Hardy<br>Debtor | ) Case No. 1:25-bk-10594 NWW<br>)<br>) Chapter 7<br>) |
| James And Amy Russo-Rothermel<br>Plaintiffs | )<br>)<br>) |
| v | ) Adv. Proc. No. _____ |
| Timothy Daniel Hardy<br>Defendant | )<br>)<br>) |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
Eastern District of Tennessee at Chattanooga
Address of the clerk: 31 East 11th Street,
Chattanooga, TN 37402

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Michael T. Kuebler
William Bradley Braswell, Jr
6223 Airpark Drive, Suite 105
Chattanooga, TN 37421

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Michael T. Kuebler (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Timothy Daniel Hardy
   11544 Armstrong Road
   Soddy Daisy, TN 37379

   Kristen Hardy
   11544 Armstrong Road
   Soddy Daisy, TN 37379

   W. Thomas Bible, Jr.
   TOM BIBLE LAW
   6918 Shallowford Road, Suite 100
   Chattanooga, TN 37421
   *Attorney for Debtor*

   Douglas R. Johnson
   Johnson & Mulroony, P.C.
   P.O. Box 2188
   Chattanooga, TN 37409

   Nick Foster
   United States Trustees Office
   31 East 11th Street
   4th floor
   Chattanooga, TN 37402

❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

B2500A (Form 2500A) (12/15)

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name:            _____

    Business Address:    _____

                                    _____